UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES R. RANKIN,
          Plaintiff,

No. 1:17-cv-485

-v-

Honorable Paul L. Maloney

LEE G. LULL,
          Defendant.

## JUDGMENT

The Court has dismissed all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: October 20, 2017

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge